## THE PEOPLE v. LIMARDO.

### APPEAL from the District Court of Ponce.

No. 8.—Decided April 15, 1905.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
There being no bill of exceptions or statement of facts, and it not appearing from the record that any error whatever has been committed which would justify a reversal of the judgment, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Casalduc,* for appellant.

*Mr. Rossy, Fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the following opinion of the court:

On examination of the record in this case we find neither a bill of exceptions nor a statement of facts. Nothing appears except a copy of the information, the judgment and the sentence. The defendant was accused and convicted of a breach of the peace and sentenced to one month imprisonment in jail. No appearance was made for him in this court. The

Government was represented by the *fiscal* who briefly reviewed the case, citing the statutes governing the same.

The accused was first tried in the municipal court; being found guilty, he appealed to the district court where he was again condemned.

As there is nothing in the record showing any error to have been committed by either of these courts, and it appears therefrom that the sentence was just, the accused should be punished, and the judgment of the district court should be affirmed with costs against the appellant.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández and Figueras concurred.

Mr. Justice Wolf did not sit at the hearing of this case.